| Fill in this information to identify your case: |
|---|
| United States Bankruptcy Court for the: |
| SOUTHERN DISTRICT OF IOWA |
| Case number *(if known)* _____   Chapter **11** |

☐ Check if this an amended filing

Official Form 201
## Voluntary Petition for Non-Individuals Filing for Bankruptcy  4/19

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | Debtor's name | **Obstetric and Gynecologic Associates of Iowa City and Coralville, P.C.** |
| 2. | All other names debtor used in the last 8 years<br>Include any assumed names, trade names and *doing business as* names | |
| 3. | Debtor's federal Employer Identification Number (EIN) | **42-1126462** |
| 4. | Debtor's address | **Principal place of business**<br><br>**2769 Heartland Drive**<br>**Coralville, IA 52241**<br>Number, Street, City, State & ZIP Code<br><br>**Johnson**<br>County | **Mailing address, if different from principal place of business**<br><br>_____<br>P.O. Box, Number, Street, City, State & ZIP Code<br><br>**Location of principal assets, if different from principal place of business**<br><br>_____<br>Number, Street, City, State & ZIP Code |
| 5. | Debtor's website (URL) | **https://www.obgyniowacity.com/** |
| 6. | Type of debtor | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☐ Partnership (excluding LLP)<br>☐ Other. Specify: _____ |

Debtor **Obstetric and Gynecologic Associates of Iowa City and Coralville, P.C.**    Case number (*if known*)
    Name

7. **Describe debtor's business**    A. *Check one:*

    ■ Health Care Business (as defined in 11 U.S.C. § 101(27A))
    ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
    ☐ Railroad (as defined in 11 U.S.C. § 101(44))
    ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
    ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
    ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
    ☐ None of the above

    B. *Check all that apply*

    ☐ Tax-exempt entity (as described in 26 U.S.C. §501)
    ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
    ☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

    C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.
        __6211__

8. **Under which chapter of the Bankruptcy Code is the debtor filing?**    *Check one:*

    ☐ Chapter 7
    ☐ Chapter 9
    ■ Chapter 11. *Check all that apply*:

        ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625 (amount subject to adjustment on 4/01/22 and every 3 years after that).
        ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
        ☐ A plan is being filed with this petition.
        ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
        ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
        ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

    ☐ Chapter 12

9. **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
    ■ No.
    ☐ Yes.

    If more than 2 cases, attach a separate list.

    District _____    When _____    Case number _____
    District _____    When _____    Case number _____

10. **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**
    ■ No
    ☐ Yes.

    List all cases. If more than 1, attach a separate list

    Debtor _____    Relationship _____
    District _____    When _____    Case number, if known _____

Debtor **Obstetric and Gynecologic Associates of Iowa City and Coralville, P.C.**  Case number (*if known*)
Name

### 11. Why is the case filed in *this district*?

Check all that apply:

- ■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.
- ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

### 12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?

■ No
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
   What is the hazard? _____
☐ It needs to be physically secured or protected from the weather.
☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).
☐ Other _____

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**
☐ No
☐ Yes. Insurance agency _____
         Contact name _____
         Phone _____

## Statistical and administrative information

### 13. Debtor's estimation of available funds

Check one:
■ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

### 14. Estimated number of creditors

■ 1-49
☐ 50-99
☐ 100-199
☐ 200-999
☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000
☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

### 15. Estimated Assets

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
■ $500,001 - $1 million
☐ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million
☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

### 16. Estimated liabilities

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million
☐ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
■ $50,000,001 - $100 million
☐ $100,000,001 - $500 million
☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

Debtor  **Obstetric and Gynecologic Associates of Iowa City and Coralville, P.C.**    Case number (*if known*)
Name

### Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **October 31, 2022**
MM / DD / YYYY

X  **/s/ Jill C. Goodman**    **Jill C. Goodman**
Signature of authorized representative of debtor    Printed name

Title  **Authorized Officer**

**18. Signature of attorney**

X  **/s/ Kristina M. Stanger**    Date  **October 31, 2022**
Signature of attorney for debtor    MM / DD / YYYY

**Kristina M. Stanger**
Printed name

**Nyemaster Goode**
Firm name

**Attn: Kristina M. Stanger
700 Walnut St., Suite 1600
Des Moines, IA 50309**
Number, Street, City, State & ZIP Code

Contact phone  **515-283-3100**    Email address  **kmstanger@nyemaster.com**

**AT0000255 IA**
Bar number and State

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | Obstetric and Gynecologic Associates of Iowa City and Coralville, P.C. |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF IOWA |
| Case number (if known) | |

☐ Check if this is an amended filing

Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors      12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☐ *Schedule H: Codebtors* (Official Form 206H)
- ☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ■ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **October 31, 2022**       X **/s/ Jill C. Goodman**
                                          Signature of individual signing on behalf of debtor

                                          **Jill C. Goodman**
                                          Printed name

                                          **Authorized Officer**
                                          Position or relationship to debtor

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | Obstetric and Gynecologic Associates of Iowa City and Coralville, P.C. |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF IOWA |
| Case number (if known): | |

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| S.K. by and through his conservator The James Law Firm, P.C. Attn: Frederick W. James 2600 Grand Avenue, Suite 213 Des Moines, IA 50312 | | Judgment Pending Appeal | Disputed | | | $97,402,549.00 |
| Bayer HealthCare Pharmaceuticals Inc. Customer Logistics Service Center 3930 Edison Lakes Parkway Mishawaka, IN 46545 | | Trade Vendor | | | | $37,043.85 |
| CuraScript SD Specialty Dist 2297 Southwest Blvd Grove City, OH 43123 | | Trade Vendor | | | | $15,459.60 |
| GlaxoSmithKline Pharmaceuticals 5 Crescent Drive Mailstop NY0200 Philadelphia, PA 19112 | | Trade Vendor | | | | $4,980.44 |
| Merck Sharp & Dohme LLC 126 East Lincoln Ave P.O. Box 2000 Rahway, NJ 07065 | | Trade Vendor | | | | $4,822.21 |

Debtor **Obstetric and Gynecologic Associates of Iowa City and Coralville, P.C.**
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim — If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Henry Schein Corporate Office 135 Duryea Road Melville, NY 11747** | | **Trade Vendor** | | | | $883.65 |
| **Quadient Leasing USA, Inc. 478 Wheelers Farms Rd Milford, CT 06461** | | **Trade Vendor** | | | | $241.35 |

# United States Bankruptcy Court
### Southern District of Iowa

In re  **Obstetric and Gynecologic Associates of Iowa City and Coralville, P.C.**  Case No. _____

Debtor(s)  Chapter  **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Jami L. Shepard**<br>2769 Heartland Dr., Suite 201<br>Coralville, IA 52241 | Common Stock | 33.33% | |
| **Jill C. Goodman**<br>2769 Heartland Dr., Suite 201<br>Coralville, IA 52241 | Common Stock | 33.33% | |
| **Lori S. Wenzel**<br>2769 Heartland Dr., Suite 201<br>Coralville, IA 52241 | Common Stock | 33.33% | |

**DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP**

I, the **Authorized Officer** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date  **October 31, 2022**                Signature  **/s/ Jill C. Goodman**
                                                     **Jill C. Goodman**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
## Southern District of Iowa

In re: **Obstetric and Gynecologic Associates of Iowa City and Coralville, P.C.**
Debtor(s)

Case No.
Chapter **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **Obstetric and Gynecologic Associates of Iowa City and Coralville, P.C.** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**October 31, 2022**
Date

/s/ Kristina M. Stanger
**Kristina M. Stanger**
Signature of Attorney or Litigant
Counsel for **Obstetric and Gynecologic Associates of Iowa City and Coralville, P.C.**
**Nyemaster Goode**
**Attn: Kristina M. Stanger**
**700 Walnut St., Suite 1600**
**Des Moines, IA 50309**
**515-283-3100**
**kmstanger@nyemaster.com**

# United States Bankruptcy Court
## Southern District of Iowa

In re  **Obstetric and Gynecologic Associates of Iowa City and Coralville, P.C.**    Case No.
Debtor(s)    Chapter  **11**

# VERIFICATION OF MASTER ADDRESS LIST
# ON PAPER (CREDITOR MATRIX)

I, the Authorized Officer of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the attached Master Address List (creditor matrix), consisting of **1** pages, and that it is true and correct to the best of my knowledge, information, and belief.

Date:  **October 31, 2022**    /s/ Jill C. Goodman
**Jill C. Goodman**/**Authorized Officer**
Signer/Title

VER_MTRX (Rev. 04/00)

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Bayer HealthCare Pharmaceuticals Inc.
Customer Logistics Service Center
3930 Edison Lakes Parkway
Mishawaka, IN 46545

CuraScript SD Specialty Dist
2297 Southwest Blvd
Grove City, OH 43123

GlaxoSmithKline Pharmaceuticals
5 Crescent Drive
Mailstop NY0200
Philadelphia, PA 19112

Henry Schein
Corporate Office
135 Duryea Road
Melville, NY 11747

Merck Sharp & Dohme LLC
126 East Lincoln Ave
P.O. Box 2000
Rahway, NJ 07065

Quadient Leasing USA, Inc.
478 Wheelers Farms Rd
Milford, CT 06461

S.K. by and through his conservator
The James Law Firm, P.C.
Attn: Frederick W. James
2600 Grand Avenue, Suite 213
Des Moines, IA 50312