## UNANIMOUS WRITTEN CONSENT OF THE SHAREHOLDERS AND BOARD OF DIRECTORS OF OBSTETRIC AND GYNECOLOGIC ASSOCIATES OF IOWA CITY AND CORALVILLE, P.C.

The undersigned, constituting all of the shareholders and all of the members of the board of directors (the "**Board**") of Obstetric and Gynecologic Associates of Iowa City and Coralville, P.C., an Iowa professional corporation (the "**Company**"), in accordance with Section 490.704 of the Iowa Business Corporations Law, without the formality of convening a meeting, do hereby consent to and adopt the following resolutions in writing (the "**Resolutions**"), now in full force and effect as of October 30, 2022:

**Whereas**, the Company has decided to engage in a restructuring of its business. In the judgment of the Company's shareholders and the Board, it is in the best interests of the Company, its creditors, its shareholders, and other interested parties that the Company to restructure its business under chapter 11 of title 11 of the United States Code (the "**Bankruptcy Code**").

**It is now, therefore Resolved that:**

In the judgment of the shareholders and directors of the Company, it is in the best interests of the Company, its creditors, shareholders, and other interested parties that the Company file a voluntary bankruptcy petition for relief under chapter 11 of the Bankruptcy Code (the "**Chapter 11 Case**"), in the United States Bankruptcy Court for the Southern District of Iowa, before which the Company will seek authority to operate as a debtor-in-possession.

The appropriate officers of the Company (collectively the "**Officers**," and each an "**Officer**"), are authorized to take any and all actions necessary to cause the Company to file the Chapter 11 Case, and that in connection with the Chapter 11 Case, any Officer is authorized to execute and file (or direct others to do so on their behalf as provided herein) on behalf of the Company all necessary documents, including, without limitation, all petitions, affidavits, schedules, motions, lists, applications, pleadings and other papers or documents, and to take any and all action that they deem necessary or proper to obtain the relief described herein.

The Company's engagement of Levenfeld Pearlstein, LLC ("**LP**") as the Company's legal counsel, and the engagement of Nyemaster Goode P.C. ("**Nyemaster**") as the Company's co-counsel, in the Chapter 11 Case is ratified, adopted, and approved in all respects as more fully described in the letter agreements between the Company and each of LP and Nyemaster, respectively.

The Company is authorized to retain and employ a Chief Restructuring Officer ("**CRO**"), to serve as an Officer of the Company and reporting to the Board and shareholders on all aspects of the Chapter 11 Case, with full power to call meetings of the Board and to establish agendas for meetings of the Board, and with the direction or authorization of the Board, to take any actions that would be customary for one serving in the capacity of a chief restructuring officer. The Company is further authorized to employ and retain any other professional it deems necessary and proper in connection with the Chapter 11 Case.

The Officers are authorized to take any further action, and to execute and deliver (or cause to be executed and delivered) any further agreements, documents, certificates, and undertakings to effectuate the purpose and intent of these Resolutions including, without limitation: amendments to or modifications of

1

the documents contemplated under these Resolutions, and to incur any fees or expenses an Officer deems necessary or desirable in connection with the Chapter 11 Case.

The Company, operating as a debtor and debtor-in-possession under chapter 11 of the Bankruptcy Code, is authorized to enter into a debtor-in-possession financing facility, and in connection with any debtor-in-possession financing facility the Company enters into, is authorized to grant any guaranties, pledges, mortgages, and other security instruments deemed necessary by the Board to obtain debtor-in-possession financing for the Company as a debtor-in-possession.

All lawful acts taken by the Officers to seek relief on behalf of the Company under the Bankruptcy Code, or any matter related to the Chapter 11 Case, including in connection with debtor-in-possession financing, be, and hereby are, adopted, ratified, confirmed, and approved in all respects as the acts and deeds of the Company.

These Resolutions may be signed in any number of counterparts, each of which when read together will constitute one document, and that once signed, will be filed with the records of the Company.

**[Signature page follows]**

**In Witness Whereof**, the undersigned have executed these Resolutions as the shareholders and directors of Obstetric and Gynecologic Associates of Iowa City and Coralville, P.C., as of the date first written above.

_Lori S Wenzel MD_
Lori S. Wenzel MD (Oct 31, 2022 16:50 CDT)
_____
Dr. Lori S. Wenzel, M.D.


_____
Dr. Jill C. Goodman, M.D.


Jami Shepard (Oct 31, 2022 16:51 CDT)
_____
Dr. Jami L. Shepard, M.D.


*Being all of the Shareholders and Directors of the Company.*

3