| Fill in this information to identify the case: | | |
|---|---|---|
| Debtor name | Obstetric and Gynecologic Associates of Iowa City and Coralville, P.C. | |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF IOWA | ☐ Check if this is an amended filing |
| Case number (if known): | | |

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| S.K. by and through his conservator The James Law Firm, P.C. Attn: Frederick W. James 2600 Grand Avenue, Suite 213 Des Moines, IA 50312 | | Judgment Pending Appeal | Disputed | | | $97,402,549.00 |
| Bayer HealthCare Pharmaceuticals Inc. Customer Logistics Service Center 3930 Edison Lakes Parkway Mishawaka, IN 46545 | | Trade Vendor | | | | $37,043.85 |
| CuraScript SD Specialty Dist 2297 Southwest Blvd Grove City, OH 43123 | | Trade Vendor | | | | $15,459.60 |
| GlaxoSmithKline Pharmaceuticals 5 Crescent Drive Mailstop NY0200 Philadelphia, PA 19112 | | Trade Vendor | | | | $4,980.44 |
| Merck Sharp & Dohme LLC 126 East Lincoln Ave P.O. Box 2000 Rahway, NJ 07065 | | Trade Vendor | | | | $4,822.21 |

Debtor **Obstetric and Gynecologic Associates of Iowa City and Coralville, P.C.**
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim — If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Henry Schein Corporate Office<br>135 Duryea Road<br>Melville, NY 11747** | | **Trade Vendor** | | | | $883.65 |
| **Quadient Leasing USA, Inc.<br>478 Wheelers Farms Rd<br>Milford, CT 06461** | | **Trade Vendor** | | | | $241.35 |