# United States Bankruptcy Court
### Southern District of Iowa

In re  **Obstetric and Gynecologic Associates of Iowa City and Coralville, P.C.**    Case No.
Debtor(s)    Chapter  **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| Jami L. Shepard<br>2769 Heartland Dr., Suite 201<br>Coralville, IA 52241 | Common Stock | 33.33% | |
| Jill C. Goodman<br>2769 Heartland Dr., Suite 201<br>Coralville, IA 52241 | Common Stock | 33.33% | |
| Lori S. Wenzel<br>2769 Heartland Dr., Suite 201<br>Coralville, IA 52241 | Common Stock | 33.33% | |

**DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP**

I, the **Authorized Officer** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date  **October 31, 2022**    Signature  **/s/ Jill C. Goodman**
**Jill C. Goodman**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.