**Fill in this information to identify the case:**

Debtor name: Obstetric and Gynecologic Associates of Iowa City and Coralville, P.C.

United States Bankruptcy Court for the: Southern District of Iowa

Case number: 22-01174

☐ Check if this is an amended filing

Official Form 206Sum

## Summary of Assets and Liabilities for Non-Individuals

**1. Schedule A/B: Assets - Real and Personal Property** (Official Form 206A/B)

| | | |
|---|---|---|
| 1a. **Real property:** | | $0.00 |
| Copy line 88 from Schedule A/B | | |
| 1b. **Total personal property:** | | $1,142,030.95 |
| Copy line 91A from Schedule A/B | | |
| 1c. **Total of all property:** | | $1,142,030.95 |
| Copy line 92 from Schedule A/B | | |

**2. Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)    $0.00
Copy the total dollar amount listed in Column A, Amount of claim, from line 3 of Schedule D

**3. Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

| | | |
|---|---|---|
| 3a. **Total claim amounts of priority unsecured claims:** | | $20,321.87 |
| Copy the total claims from Part 1 from line 5a of Schedule E/F | | |
| 3b. **Total amount of claims of nonpriority amount of unsecured claims:** | | $75,822,656.31 |
| Copy the total of the amount of claims from Part 2 from line 5b of Schedule E/F | | |

**4. Total Liabilities**    $75,842,978.18
Lines 2 + 3a + 3b

| Fill in this information to identify the case: | |
|---|---|
| Debtor name: Obstetric and Gynecologic Associates of Iowa City and Coralville, P.C. | |
| United States Bankruptcy Court for the: Southern District of Iowa | |
| Case number: 22-01174 | ☐ Check if this is an amended filing |

## Official Form 206A/B

## Schedule A/B: Assets — Real and Personal Property 12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

## Part 1: Cash and Cash Equivalents

**1. Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.

☑ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|
| **2. Cash on hand** | | | |
| 2.1 Petty Cash | | | $300.00 |
| **3. Checking, savings, money market, or financial brokerage accounts** *(Identify all)* | | | |
| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account # | |
| 3.1 Hills Bank & Trust | Operating Account | 4866 | $-33,121.96 |
| 3.2 Ohnward Bank & Trust | Operating Account | 7484 | $144,100.64 |
| **4. Other cash equivalents** *(Identify all)* | | | |
| 4.1 N/A | | | |

**5. Total of Part 1**

Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| | $111,278.68 |
|---|---|

## Part 2: Deposits and prepayments

**6. Does the debtor have any deposits or prepayments?**

☐ No. Go to Part 3.

☑ Yes. Fill in the information below.

**7. Deposits, including security deposits and utility deposits**

Description, including name of holder of deposit

| | | Current value of debtor's interest |
|---|---|---|
| 7.1 | N/A | |

**8. Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

Description, including name of holder of prepayment

| | | |
|---|---|---|
| 8.1 | Prepaid Insurance (MMIC Insurance, Inc. - Professional Liability and Cyber/Solutions/Medefense Plus Insurance) | $29,294.68 |

**9. Total of Part 2**

Add lines 7 through 8. Copy the total to line 81.                                                  $29,294.68

---

## Part 3:   Accounts receivable

**10. Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.

☑ Yes. Fill in the information below.

| | | | | | | | Current value of debtor's interest |
|---|---|---|---|---|---|---|---|

**11. Accounts receivable**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 11a. | 90 days old or less: | $403,329.33 | − | $0.00 | = ........ | ➔ | $403,329.33 |
| | | face amount | | doubtful or uncollectible accounts | | | |
| 11b. | Over 90 days old: | $49,759.51 | − | $0.00 | = ........ | ➔ | $49,759.51 |
| | | face amount | | doubtful or uncollectible accounts | | | |

**12. Total of Part 3**

Current value on lines 11a + 11b = line 12. Copy the total to line 82.                        $453,088.84

---

## Part 4:   Investments

**13. Does the debtor own any investments?**

☑ No. Go to Part 5.

☐ Yes. Fill in the information below.

| | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|

**14. Mutual funds or publicly traded stocks not included in Part 1**

Name of fund or stock:

| | | | |
|---|---|---|---|
| 14.1 | | | |

**15. Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

Name of entity:                                    % of ownership:

| | | | |
|---|---|---|---|
| 15.1 | | | |

**16. Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

Describe:

16.1 _____     _____     _____

**17. Total of Part 4**

Add lines 14 through 16. Copy the total to line 83.                                    $0.00

**Part 5:   Inventory, excluding agriculture assets**

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☐ No. Go to Part 6.

☑ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **19. Raw materials** | | | | |
| 19.1  N/A | | | | |
| **20. Work in progress** | | | | |
| 20.1  N/A | | | | |
| **21. Finished goods, including goods held for resale** | | | | |
| 21.1  N/A | | | | |
| **22. Other inventory or supplies** | | | | |
| 22.1  Implants and Injectables | N/A | $61,043.60 | Net Book Value | $61,043.60 |

**23. Total of Part 5**

Add lines 19 through 22. Copy the total to line 84.                                   $61,043.60

**24. Is any of the property listed in Part 5 perishable?**

☐ No

☑ Yes

**25. Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

☐ No

☑ Yes      Book value    $12,649.50     Valuation method   Book Value     Current value   $12,649.50

**26. Has any of the property listed in Part 5 been appraised by a professional within the last year?**

☑ No

☐ Yes

Debtor
Name
Obstetric and Gynecologic Associates of Iowa City and Coralville, P.C.

Case number *(if known)* 22-01174

Case 22-01174-als11    Doc 147    Filed 12/13/22    Entered 12/13/22 16:26:36    Desc
Main Document    Page 5 of 27

**Part 6:**    Farming and fishing-related assets (other than titled motor vehicles and land)

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No. Go to Part 7.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **28. Crops—either planted or harvested** | | | |
| 28.1 | | | |
| **29. Farm animals** *Examples:* Livestock, poultry, farm-raised fish | | | |
| 29.1 | | | |
| **30. Farm machinery and equipment** (Other than titled motor vehicles) | | | |
| 30.1 | | | |
| **31. Farm and fishing supplies, chemicals, and feed** | | | |
| 31.1 | | | |
| **32. Other farming and fishing-related property not already listed in Part 6** | | | |
| 32.1 | | | |

**33. Total of Part 6**

Add lines 28 through 32. Copy the total to line 85.

$0.00

**34. Is the debtor a member of an agricultural cooperative?**

☐ No

☐ Yes. Is any of the debtor's property stored at the cooperative?

☐ No

☐ Yes

**35. Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

☐ No

☐ Yes        Book value _____        Valuation method _____        Current value _____

**36. Is a depreciation schedule available for any of the property listed in Part 6?**

☐ No

☐ Yes

**37. Has any of the property listed in Part 6 been appraised by a professional within the last year?**

☐ No

☐ Yes

**Part 7:**    Office furniture, fixtures, and equipment; and collectibles

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.

☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **39. Office furniture** | | | |
| 39.1  Breakroom tables (4) and chairs (16) | $0.00 | Net Book Value | Unknown |
| 39.2  Exam Rooms (17) - each with chair (1) and Dr. chair (1) | $0.00 | Net Book Value | Unknown |
| 39.3  Front Desk, billing, consultation room, and office manger office - desks/chairs (8), table with 3 chairs and table with 4 chairs | $0.00 | Net Book Value | Unknown |
| 39.4  Office Chairs (27) | $0.00 | Net Book Value | Unknown |
| 39.5  PA's office - Desk (2) and Chair (2) | $0.00 | Net Book Value | Unknown |
| 39.6  Procedure Rooms (2) - each with chairs (2) and Dr. chair (1) | $0.00 | Net Book Value | Unknown |
| 39.7  Waiting Room - couch pieces (27) and end tables (10) | $0.00 | Net Book Value | Unknown |
| **40. Office fixtures** | | | |
| 40.1  Appliances - full size refrigerator (1), mini refrigerators (2), microwave (1) | $0.00 | Net Book Value | Unknown |
| 40.2  Misc. Office Fixtures (Atomic Time Clock, Radio Tuner, Speakers etc.) | $0.00 | Net Book Value | Unknown |
| 40.3  Shelving and Filing Equipment | $0.00 | Net Book Value | Unknown |
| 40.4  TV and Mounts - Breakroom (1) and Lobby (1) | $0.00 | Net Book Value | Unknown |
| 40.5  Wire Shelving | $0.00 | Net Book Value | Unknown |
| **41. Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| 41.1  Computer Software (Greenway, Zetafax & Misc. Computer Software) | $0.00 | Net Book Value | Unknown |
| 41.2  Computers (28 PC's, 8 tablets, 42 monitors, and other misc. computer equipment) | $0.00 | Net Book Value | Unknown |
| 41.3  Copier/Fax (1), Scanners (7), and Printers (9) | $0.00 | Net Book Value | Unknown |

| | | | |
|---|---|---|---|
| 41.4 | Exam Rooms (17) Medical Equipment - each with an exam table, exam light and blood pressure machine/accessories | $0.00 | Net Book Value | Unknown |
| 41.5 | Medical Equipment (LEEP 950 Unit, 5 dopplers, Microscope 380 Binocular, Hysteroscope and Tower System, Ultra Sound Equipment, 4 microscopes, 4 scales & other misc. medical equipment) | $0.00 | Net Book Value | Unknown |
| 41.6 | Procedure Rooms (2) Medical Equipment - each with a bed and exam light | $0.00 | Net Book Value | Unknown |
| 41.7 | Rock Technology Hardware (conversion to Greenway & EMR) | $0.00 | Net Book Value | Unknown |
| 41.8 | Watchguard XTM3 Series 33 | $0.00 | Net Book Value | Unknown |
| 41.9 | Wave IP 2500 Base Phone System and phones (55) | $0.00 | Net Book Value | Unknown |

**42. Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

42.1    N/A

**43. Total of Part 7**

Add lines 39 through 42. Copy the total to line 86.

$0.00

**44. Is a depreciation schedule available for any of the property listed in Part 7?**

☐ No

☑ Yes

**45. Has any of the property listed in Part 7 been appraised by a professional within the last year?**

☑ No

☐ Yes

**Part 8:    Machinery, equipment, and vehicles**

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.

☑ Yes. Fill in the information below.

| General description<br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

**47. Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles**

47.1
N/A

**48. Watercraft, trailers, motors, and related accessories** Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

48.1
N/A

**49. Aircraft and accessories**

49.1
N/A

**50. Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

| 50.1 | | | | |
|---|---|---|---|---|
| Copier - Leased from Leaf Capital Funding, LLC | | $0.00 | Net Book Value | Unknown |

| 50.2 | | | | |
|---|---|---|---|---|
| Leasehold Improvements (Signage & Front Door) | | $16,991.15 | Net Book Value | $16,991.15 |

| 50.3 | | | | |
|---|---|---|---|---|
| Postage Machine - Leased from Quadient Leasing USA, Inc. | | $0.00 | Net Book Value | Unknown |

**51. Total of Part 8.**

Add lines 47 through 50. Copy the total to line 87.

$16,991.15

**52. Is a depreciation schedule available for any of the property listed in Part 8?**

☐ No

☑ Yes

**53. Has any of the property listed in Part 8 been appraised by a professional within the last year?**

☑ No

☐ Yes

| Part 9: | Real Property |
|---|---|

**54. Does the debtor own or lease any real property?**

☐ No. Go to Part 10.

☑ Yes. Fill in the information below.

**55. Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1<br>Clinic / Office - 769 Heartland Dr. Suite 201<br>Coralville, IA 52241 | Leased | $0.00 | Net Book Value | Unknown |

**56. Total of Part 9.**

Add the current value of all lines in question 55 and entries from any additional sheets. Copy the total to line 88.

$0.00

**57. Is a depreciation schedule available for any of the property listed in Part 9?**

☑ No

☐ Yes

**58. Has any of the property listed in Part 9 been appraised by a professional within the last year?**

☑ No

☐ Yes

Debtor    Obstetric and Gynecologic Associates of Iowa City and Coralville, P.C.    Case number *(if known)* 22-01174
     Name

**Part 10:** **Intangibles and intellectual property**

**59. Does the debtor have any interests in intangibles or intellectual property?**

☐ No. Go to Part 11.

☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **60. Patents, copyrights, trademarks, and trade secrets** | | | |
| 60.1 N/A | | | |
| **61. Internet domain names and websites** | | | |
| 61.1 www.obgyniowacity.com | N/A | None | Undetermined |
| **62. Licenses, franchises, and royalties** | | | |
| 62.1 N/A | | | |
| **63. Customer lists, mailing lists, or other compilations** | | | |
| 63.1 Customer / Patient List | N/A | None | Undetermined |
| **64. Other intangibles, or intellectual property** | | | |
| 64.1 Facebook - @obgynassociatescoralville | N/A | None | Undetermined |
| 64.2 Instagram - @obgyniowacity | N/A | None | Undetermined |
| **65. Goodwill** | | | |
| 65.1 N/A | | | |

**66. Total of Part 10.**

Add lines 60 through 65. Copy the total to line 89.

$0.00

**67. Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)?

☐ No

☑ Yes

**68. Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

☑ No

☐ Yes

**69. Has any of the property listed in Part 10 been appraised by a professional within the last year?**

☑ No

☐ Yes

Debtor  Obstetric and Gynecologic Associates of Iowa City and Coralville, P.C.                    Case number *(if known)* 22-01174
        Name

**Part 11:**  **All other assets**

**70. Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No. Go to Part 12.

☑ Yes. Fill in the information below.

|  | **Current value of debtor's interest** |
|---|---|

**71. Notes receivable**
Description (include name of obligor)

71.1

N/A _____  _____ - _____ = → _____
                     total face amount      doubtful or uncollectible
                                            amount

**72. Tax refunds and unused net operating losses (NOLs)**
Description (for example, federal, state, local)

72.1

NOL _____  Tax year  2021 _____   $470,334.00

**73. Interests in insurance policies or annuities**

73.1

MMIC Insurance, Inc. - Professional Liability and Cyber/Solutions/Medefense Plus      Undetermined
Insurance - Policy No. 600194

73.2

Selective Insurance - General Liability/Commercial Insurance Policies - Policy No. S    Undetermined
2497049

73.3

Selective Insurance - Workers' Compensation Insurance - Policy No. WC 9102927          Undetermined

**74. Causes of action against third parties (whether or not a lawsuit has been filed)**

74.1

Obstetric and Gynecologic Associates of Iowa City and Coralville, P.C. VS. MMIC Group,   Undetermined
Inc. (Excess Carrier Holding Company)

Nature of Claim        Bad Faith and breach of contract

Amount requested       Undetermined

74.2

Obstetric and Gynecologic Associates of Iowa City and Coralville, P.C. VS. MMIC          Undetermined
Insurance, Inc. n/k/a Constellation Mutual Holding Company (Excess Carrier Company)

Nature of Claim        Bad Faith and breach of contract

Amount requested       Undetermined

74.3

Obstetric and Gynecologic Associates of Iowa City and Coralville, P.C. VS. BEAM LEGAL    Undetermined
TEAM, LLC, FIEGER, FIEGER, KENNEY & HARRINGTON, P.C, THE JAMES LAW FIRM, P.C.,
and Koopmans Law Group, LLC, (Judgment Creditor Counsel)

Nature of Claim        Improper and tortious conduct arising out of or relating to
                       collection actions

Amount requested       Undetermined

Debtor   _Obstetric and Gynecologic Associates of Iowa City and Coralville, P.C.___    Case number *(if known)* 22-01174___
      Name

**75. Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

75.1

       N/A _____                    _____

Nature of Claim            _____

Amount requested          _____

**76. Trusts, equitable or future interests in property**

76.1

       N/A _____                    _____

**77. Other property of any kind not already listed** *Examples:* Season tickets, country club membership

77.1

       N/A _____                    _____

**78. Total of Part 11.**

Add lines 71 through 77. Copy the total to line 90.                            | $470,334.00 |

**79. Has any of the property listed in Part 11 been appraised by a professional within the last year?**

☑ No

☐ Yes

| **Part 12:** | **Summary** |

In Part 12 copy all of the totals from the earlier parts of the form.

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| **80. Cash, cash equivalents, and financial assets.** Copy line 5, Part 1. | $111,278.68 | |
| **81. Deposits and prepayments.** Copy line 9, Part 2. | $29,294.68 | |
| **82. Accounts receivable.** Copy line 12, Part 3. | $453,088.84 | |
| **83. Investments.** Copy line 17, Part 4. | $0.00 | |
| **84. Inventory.** Copy line 23, Part 5. | $61,043.60 | |
| **85. Farming and fishing-related assets.** Copy line 33, Part 6. | $0.00 | |
| **86. Office furniture, fixtures, and equipment; and collectibles.** Copy line 43, Part 7. | $0.00 | |
| **87. Machinery, equipment, and vehicles.** Copy line 51, Part 8. | $16,991.15 | |
| **88. Real property. Copy line 56, Part 9.** | ➜ | $0.00 |
| **89. Intangibles and intellectual property..** Copy line 66, Part 10. | $0.00 | |
| **90. All other assets.** Copy line 78, Part 11. | $470,334.00 | |
| **91. Total. Add lines 80 through 90 for each column** | 91a. $1,142,030.95 | 91b. $0.00 |

**92. Total of all property on Schedule A/B.** Lines 91a + 91b = 92.    | $1,142,030.95 |

**Fill in this information to identify the case:**

Debtor name: Obstetric and Gynecologic Associates of Iowa City and Coralville, P.C.

United States Bankruptcy Court for the: Southern District of Iowa

Case number: 22-01174

☐ Check if this is an
amended filing

## Official Form 206D

## Schedule D: Creditors Who Have Claims Secured by Property

Be as complete and accurate as possible.

| Part 1: | List Creditors Who Have Claims Secured by Property |
|---|---|

**1. Do any creditors have claims secured by debtor's property?**

☑ No. Check this box and submit page 1 of this form to the court with debtor`s other schedules. Debtor has nothing else to report on this form.

☐ Yes. Fill in the information below.

**2. List creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | *Column A* **Amount of Claim** Do not deduct the value of collateral. | *Column B* **Value of collateral that supports this claim** |
|---|---|---|---|

2.1

Date debt was incurred?

Last 4 digits of account number

**Do multiple creditors have an interest in the same property?**
☐ No

☐ Yes. Specify each creditor, including this creditor, and its relative priority.

**Describe debtor's property that is subject to the lien:**

**Describe the lien**

**Is the creditor an insider or related party?**
☐ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☐ Yes. Fill out Schedule H: Codebtors(Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**3. Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**

$0.00

Debtor  Obstetric and Gynecologic Associates of Iowa City and Coralville, P.C.
        Name

Case number *(if known)* 22-01174

| Part 2: | List Others to Be Notified for a Debt That You Already Listed |
|---------|--------------------------------------------------------------|

**List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.**

**If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.**

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|------------------|------------------------------------------------------------|------------------------------------------------|
| 3.1 | | |

**Fill in this information to identify the case:**

Debtor name: Obstetric and Gynecologic Associates of Iowa City and Coralville, P.C.

United States Bankruptcy Court for the: Southern District of Iowa

Case number: 22-01174

☐ Check if this is an amended filing

## Official Form 206E/F

## Schedule E/F: Creditors Who Have Unsecured Claims

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on Schedule A/B: Assets - Real and Personal Property (Official Form 206A/B) and on Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

**Part 1:    List All Creditors with PRIORITY Unsecured Claims**

**1. Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

☐ No. Go to Part 2.

☑ Yes. Go to line 2.

**2. List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|

2.1

Internal Revenue Service
Centralized Insolvency Operation
PO Box 7346
Philadelphia, PA 19101-7346

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **8** )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Federal income tax withholdings

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: $13,658.61    Priority amount: $13,658.61

2.2

Internal Revenue Service
Centralized Insolvency Operation
PO Box 7346
Philadelphia, PA 19101-7346

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **8** )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Medicare taxes (Affordable Care Act withholdings)

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: $400.85    Priority amount: $400.85

Debtor  Name  Obstetric and Gynecologic Associates of Iowa City and Coralville, P.C.  Case number *(if known)* 22-01174

---

**2.3**

Internal Revenue Service
Centralized Insolvency Operation
PO Box 7346
Philadelphia, PA 19101-7346

**As of the petition filing date, the claim is:**  $1,367.42  $1,367.42
*Check all that apply.*

☐ Contingent

**Date or dates debt was incurred**

☐ Unliquidated

☐ Disputed

**Last 4 digits of account number**

**Basis for the claim:**
Medicare taxes (employee and employer)

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 8 )

**Is the claim subject to offset?**

☑ No

☐ Yes

---

**2.4**

Internal Revenue Service
Centralized Insolvency Operation
PO Box 7346
Philadelphia, PA 19101-7346

**As of the petition filing date, the claim is:**  $324.12  $324.12
*Check all that apply.*

☐ Contingent

**Date or dates debt was incurred**

☐ Unliquidated

☐ Disputed

**Last 4 digits of account number**

**Basis for the claim:**
Social Security taxes (employee and
employer)

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 8 )

**Is the claim subject to offset?**

☑ No

☐ Yes

---

**2.5**

Iowa Department of Revenue
Hoover State Office Building - 1st Floor
1305 E. Walnut
Des Moines, IA 50319

**As of the petition filing date, the claim is:**  $4,570.87  $4,570.87
*Check all that apply.*

☐ Contingent

**Date or dates debt was incurred**

☐ Unliquidated

☐ Disputed

**Last 4 digits of account number**

**Basis for the claim:**
IA State income tax withholdings

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 8 )

**Is the claim subject to offset?**

☑ No

☐ Yes

Debtor    Obstetric and Gynecologic Associates of Iowa City and Coralville, P.C.    Case number *(if known)* 22-01174
Name

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |

**3. List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  | Amount of claim |
|---|---|

3.1

Aramark
25259 Network Place
Chicago, IL 60673-1252

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Vendor

**Is the claim subject to offset?**
☑ No

☐ Yes

$1,203.06

3.2

Bayer HealthCare Pharmaceuticals Inc.
Customer Logistics Service Center
3930 Edison Lakes Parkway
Mishawaka, IN 46545

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Vendor

**Is the claim subject to offset?**
☑ No

☐ Yes

$86,777.85

3.3

Certified Languages International
4800 S Macadam Ave, Suite 400
Portland, OR 97239

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Vendor

**Is the claim subject to offset?**
☑ No

☐ Yes

$65.55

Debtor   Obstetric and Gynecologic Associates of Iowa City and Coralville, P.C.
Name
Case number (if known) 22-01174

Case 22-01174-als11    Doc 147    Filed 12/13/22    Entered 12/13/22 16:26:36    Desc
Main Document      Page 17 of 27

**3.4**

City of Coralville
1512 7th St
PO Box 5127
Coralville, IA 52241

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                                        $56.65
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Utility Provider

**Is the claim subject to offset?**

☑ No

☐ Yes

**3.5**

Cloud 9 Medical Solutions, LLC
PO Box 639347
Cincinnati, OH 45263-9347

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                                        $835.93
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Vendor

**Is the claim subject to offset?**

☑ No

☐ Yes

**3.6**

CuraScript SD Specialty Dist
2297 Southwest Blvd
Grove City, OH 43123

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                                        $30,300.82
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Vendor

**Is the claim subject to offset?**

☑ No

☐ Yes

**3.7**

GlaxoSmithKline Pharmaceuticals
5 Crescent Drive
Mailstop NY0200
Philadelphia, PA 19112

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                                        $8,613.68
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Vendor

**Is the claim subject to offset?**

☑ No

☐ Yes

Debtor _Obstetric and Gynecologic Associates of Iowa City and Coralville, P.C.___  Case number *(if known)* 22-01174
      Name

Case 22-01174-als11    Doc 147    Filed 12/13/22    Entered 12/13/22 16:26:36    Desc
Main Document    Page 18 of 27

3.8

Henry Schein
Corporate Office
135 Duryea Road
Melville, NY 11747

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**  $883.65
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Vendor

**Is the claim subject to offset?**
☑ No

☐ Yes

3.9

Hills Bank & Trust
1009 2nd Street
Coralville, IA 52241

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**  $16,440.19
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Line of Credit Balance

**Is the claim subject to offset?**
☑ No

☐ Yes

3.10

Hills Bank & Trust
1009 2nd Street
Coralville, IA 52241

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**  $1,586.78
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Credit Card Balance

**Is the claim subject to offset?**
☑ No

☐ Yes

3.11

Linn County Rural Electric Cooperative
5695 Rec Dr
Marion, IA 52302

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**  $724.28
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Utility Provider

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.12**

Medline Industries
Dept CH 14400
Palatine, IL 60055-4400

**Date or dates debt was incurred**

_____

_____

**As of the petition filing date, the claim is:**         $2,284.51
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Vendor

**Is the claim subject to offset?**
☑ No

☐ Yes

---

**3.13**

Merck Sharp & Dohme LLC
126 East Lincoln Ave
PO Box 2000
Rahway, NJ 07065

**Date or dates debt was incurred**

_____

_____

**As of the petition filing date, the claim is:**         $4,822.21
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Vendor

**Is the claim subject to offset?**
☑ No

☐ Yes

---

**3.14**

Mercy Iowa City Mercy Hospital
500 E. Market Street
Iowa City, IA 52245

**Date or dates debt was incurred**

_____

_____

**As of the petition filing date, the claim is:**         $65.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Vendor

**Is the claim subject to offset?**
☑ No

☐ Yes

---

**3.15**

Nigel Browne
c/o Gallian Law
Attn: Brian Galligan
300 Walnut Street, Suite 5
Des Moines, IA 50309

**Date or dates debt was incurred**

_____

_____

**As of the petition filing date, the claim is:**         Unknown
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Litigation Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

Debtor  Obstetric and Gynecologic Associates of Iowa City and Coralville, P.C.    Case number *(if known)* 22-01174
Name

**3.16**

Office Express
207 2nd Ave. SW
Cedar Rapids, IA 52404

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                    $821.77
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Vendor

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.17**

Paragard Direct
12601 Collection Center Drive
Chicago, IL 60693

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                    $12,649.50
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Vendor

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.18**

Quadient Leasing USA, Inc.
478 Wheelers Farms Rd
Milford, CT 06461

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                    $241.35
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Postage Machine Lessor

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.19**

RockTechnology
9915 Atlantic Drive SW
Suite 200
Cedar Rapids, IA 52404

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                    $692.61
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Vendor

**Is the claim subject to offset?**
☑ No

☐ Yes

3.20

S.K. by and through his conservator Thomas Tarbox
The James Law Firm, P.C.
Attn: Frederick W. James
2600 Grand Avenue, Suite 213
Des Moines, IA 50312

**Date or dates debt was incurred**

As of the petition filing date, the claim is:    $75,652,549.00
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Judgment Pending Appeal

**Is the claim subject to offset?**
☑ No
☐ Yes

3.21

Samantha Moeller
c/o Gallian Law
Attn: Brian Galligan
300 Walnut Street, Suite 5
Des Moines, IA 50309

**Date or dates debt was incurred**

As of the petition filing date, the claim is:    Unknown
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Litigation Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

3.22

South Slope
980 N Front St
North Liberty, IA 52317-0019

**Date or dates debt was incurred**

As of the petition filing date, the claim is:    $1,041.92
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Utility Provider

**Is the claim subject to offset?**
☑ No
☐ Yes

3.23

T.B., (a minor) by his Next Friends, Samantha Moeller and Nigel
Browne
c/o Gallian Law
Attn: Brian Galligan
300 Walnut Street, Suite 5
Des Moines, IA 50309

**Date or dates debt was incurred**

As of the petition filing date, the claim is:    Unknown
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Litigation Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor  Obstetric and Gynecologic Associates of Iowa City and Coralville, P.C.     Case number *(if known)* 22-01174
Name

## Part 3:  List Others to Be Notified About Unsecured Claims

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| 4.1<br><br>Bradley & Riley PC<br>Attn: Laura M. Hyer<br>PO Box 2804<br>Cedar Rapids, IA 52406-2804 | Line<br>3.9 & 3.10<br><br>☐ Not listed. Explain | _____ |
| 4.2<br><br>Cutler Law Firm, P.C<br>Attn: Mr. Robert Gainer<br>1307 50th Street<br>West Des Moines, IA 50266 | Line<br>3.20<br><br>☐ Not listed. Explain | _____ |

## Part 4:  Total Amounts of the Priority and Nonpriority Unsecured Claims

**5. Add the amounts of priority and nonpriority unsecured claims.**

|  |  | Total of claim amounts |
|---|---|---|
| 5a. **Total claims from Part 1** | 5a. | $20,321.87 |
| 5b. **Total claims from Part 2** | 5b. | $75,822,656.31 |
| 5c. **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $75,842,978.18 |

**Fill in this information to identify the case:**

Debtor name: Obstetric and Gynecologic Associates of Iowa City and Coralville, P.C.

United States Bankruptcy Court for the: Southern District of Iowa

Case number: 22-01174

☐ Check if this is an amended filing

Official Form 206G

## Schedule G: Executory Contracts and Unexpired Leases

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.

**Schedule G:    Executory Contracts and Unexpired Leases**

**1. Does the debtor have any executory contracts or unexpired leases?**

☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

☑ Yes. Fill in all of the information below even if the contracts or leases are listed on Schedule A/B: Assets - Real and Personal Property (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|
| 2.1 | **State what the contract or lease is for and the nature of the debtor's interest** | First Amendment to the Direct Bayer IUD Product Purchase Agreement | Bayer HealthCare Pharmaceuticals Inc. Attn: Lisa Scappaticci 100 Bayer Blvd Whippany, NJ 07981 |
| | **State the term remaining** | Termination Date: 1/14/2023 | |
| | **List the contract number of any government contract** | | |
| 2.2 | **State what the contract or lease is for and the nature of the debtor's interest** | Second Amendment to the Direct Bayer IUD Product Purchase Agreement | Bayer HealthCare Pharmaceuticals Inc. Attn: Lisa Scappaticci 100 Bayer Blvd Whippany, NJ 07981 |
| | **State the term remaining** | Termination Date: 1/14/2025 | |
| | **List the contract number of any government contract** | | |
| 2.3 | **State what the contract or lease is for and the nature of the debtor's interest** | Ultrasound Machine Service Agreement | Cassling Diagnostic Imaging, Inc. 13808 "F" Street Omaha, NE 68137 |
| | **State the term remaining** | Unknown | |
| | **List the contract number of any government contract** | | |

Debtor    Name Obstetric and Gynecologic Associates of Iowa City and Coralville, P.C.    Case number *(if known)* 22-01174

| 2.4 | **State what the contract or lease is for and the nature of the debtor's interest** | Paragard Opportunity Agreement | CooperSurgical, Inc. Attn: Steven T. Horton 75 Corporate Dr Trumbull, CT 06611 |
| | **State the term remaining** | Termination Date: 1/31/2023 | |
| | **List the contract number of any government contract** | | |

| 2.5 | **State what the contract or lease is for and the nature of the debtor's interest** | Maintenance Agreement - Postage Machine | Copy Systems Inc. 920 E. 21st Street Des Moines, IA 50317 |
| | **State the term remaining** | Unknown | |
| | **List the contract number of any government contract** | | |

| 2.6 | **State what the contract or lease is for and the nature of the debtor's interest** | Office lease | Coralville MOB Partners LLC Attn: Mark A. Davis c/o Davis Real Estate Services Group, LLC 222 South 9th Street Suite 3255 Minneapolis, MN 55402 |
| | **State the term remaining** | Termination Date: 6/30/2032 | |
| | **List the contract number of any government contract** | | |

| 2.7 | **State what the contract or lease is for and the nature of the debtor's interest** | Advertising Contract | Directional Ad-Vantage Holdings, LLC 4800 North Federal Highway Suite 200-A Boca Raton, FL 33431 |
| | **State the term remaining** | Termination Date: 1/15/2023 | |
| | **List the contract number of any government contract** | | |

| 2.8 | **State what the contract or lease is for and the nature of the debtor's interest** | Medical Records Release Service Agreement: APS Requests | DRNS Software Solutions, LLC 951 Yamato Rd Suite 290 Boca Raton, FL 33431 |
| | **State the term remaining** | Unknown | |
| | **List the contract number of any government contract** | | |

| 2.9 | **State what the contract or lease is for and the nature of the debtor's interest** | Master Agreement - Prime Suite Hosted Environment | Greenway Health, LLC Attn: Legal Department 4301 West Boy Scout Blvd Suite 800 Tampa, FL 33607 |
| | **State the term remaining** | Termination Date: 9/11/2024 | |
| | **List the contract number of any government contract** | | |

| 2.10 | **State what the contract or lease is for and the nature of the debtor's interest** | Lease Agreement - Copier Lease (lease signed by Lessor on 1/3/2019) | Leaf Capital Funding, LLC<br>1720A Crete Street<br>Moberly, MO 65270 |
| | **State the term remaining** | Unknown | |
| | **List the contract number of any government contract** | | |

| 2.11 | **State what the contract or lease is for and the nature of the debtor's interest** | Professional Liability and Cyber/Solutions/Medefense Plus Insurance - Policy No. 600194 | MMIC Insurance, Inc.<br>7701 France Avenue South<br>Suite 500<br>Minneapolis, MN 55435 |
| | **State the term remaining** | Termination Date: 1/1/2023 | |
| | **List the contract number of any government contract** | | |

| 2.12 | **State what the contract or lease is for and the nature of the debtor's interest** | Product Lease Agreement - Postage Machine | Quadient Leasing USA, Inc.<br>478 Wheelers Farms Rd<br>Milford, CT 06461 |
| | **State the term remaining** | Termination Date: 12/23/2024 | |
| | **List the contract number of any government contract** | | |

| 2.13 | **State what the contract or lease is for and the nature of the debtor's interest** | General Liability/Commercial Insurance Policies - Policy No. S 2497049 | Selective Insurance<br>40 Wantage Avenue<br>Branchville, NJ 07890 |
| | **State the term remaining** | Termination Date: 1/1/2023 | |
| | **List the contract number of any government contract** | | |

| 2.14 | **State what the contract or lease is for and the nature of the debtor's interest** | Workers' Compensation Insurance - Policy No. WC 9102927 | Selective Insurance<br>40 Wantage Avenue<br>Branchville, NJ 07890 |
| | **State the term remaining** | Termination Date: 1/1/2023 | |
| | **List the contract number of any government contract** | | |

| 2.15 | **State what the contract or lease is for and the nature of the debtor's interest** | Medical Group Contract | UnitedHealthcare - Contract Support<br>Attention: Imaging Center<br>2300 W Plano Pkwy #C1E105<br>Plano, TX 75075 |
| | **State the term remaining** | 11/30/2025 | |
| | **List the contract number of any government contract** | | |

**Fill in this information to identify the case:**

Debtor name: Obstetric and Gynecologic Associates of Iowa City and Coralville, P.C.

United States Bankruptcy Court for the: Southern District of Iowa

Case number: 22-01174

☐ Check if this is an amended filing

## Official Form 206H

## Schedule H: Codebtors

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Does the debtor have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

☑ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, *Schedules D-G.* Include all guarantors and co-obligors.** In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| Name | Mailing Address | Name | Check all schedules that apply: |
| 2.1 Jami L. Shepard - Owner | 2769 Heartland Drive Coralville, IA 52241 | Hills Bank & Trust | ☐ D ☑ E/F ☐ G |
| 2.2 Jill C. Goodman - Owner | 2769 Heartland Drive Coralville, IA 52241 | Hills Bank & Trust | ☐ D ☑ E/F ☐ G |
| 2.3 Lori S. Wenzel - Owner | 2769 Heartland Drive Coralville, IA 52241 | Hills Bank & Trust | ☐ D ☑ E/F ☐ G |

**Fill in this information to identify the case:**

Debtor name: Obstetric and Gynecologic Associates of Iowa City and Coralville, P.C.

United States Bankruptcy Court for the: Southern District of Iowa

Case number: 22-01174

☐ Check if this is an amended filing

Official Form 202

## Declaration Under Penalty of Perjury for Non-Individual Debtors

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☑ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☑ *Schedule H: Codebtors* (Official Form 206H)

☑ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐ Amended *Schedule* _____

☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ Other document that requires a _____
declaration

I declare under penalty of perjury that the foregoing is true and correct.

| | |
|---|---|
| 12/13/2022 | /s/ Jeffrey T. Varsalone |
| Executed on | Signature of individual signing on behalf of debtor |
| | Jeffrey T. Varsalone |
| | Printed name |
| | Chief Restructuring Officer |
| | Position or relationship to debtor |