**UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF IOWA**

**110 E. Court Avenue, Suite 300**
**Des Moines, Iowa 50309–2044**
**www.iasb.uscourts.gov**

In the Matter of:                                           Case No. 22–01174–als11

Obstetric and Gynecologic Associates of Iowa City and
Coralville, P.C.

Debtor(s)

## NOTICE OF DISMISSAL

    As reflected by the docket text order entered today, the Court has dismissed this case. Pursuant to Rule 2002(f)(2) and (k) of the Federal Rules of Bankruptcy Procedure, notice is hereby given that this case is dismissed.

Date: 3/29/23

Megan R. Weiss
Clerk, U.S. Bankruptcy Court

Parties Served: Everyone in the Chapter Case